# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KAREEM ALI-X,

    Plaintiff,

v.                                    CASE NO. 3:16cv498/MCR/GRJ

PAMELA GILMORE, et al.,

    Defendants.

_____/

## O R D E R

This case is before the Court on the Magistrate Judge's Report and Recommendation dated March 2, 2017. ECF No. 15. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the Report and Recommendation and having made a *de novo* determination of the timely filed objections, ECF No. 18, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation is adopted and incorporated by

reference in this Order.

2. Plaintiff's motion for leave to proceed as a pauper, ECF No. 10, is **GRANTED**.

3. Plaintiff's motion to produce documents, ECF No. 11, and motions for discovery, ECF. Nos. 12 and 13, are **DENIED**.

4. Plaintiff's motion for "status summary" is **MOOT**.

5. The case is **DISMISSED**.

**DONE AND ORDERED** this 2nd day of May, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**